UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JUDY COOK, as conservator for JAMES FINNEGAN,<br><br>    Plaintiff,<br><br>  v.<br><br>FRED MIDDAUGH and JACQUELINE MIDDAUGH,<br><br>    Defendant. | CASE NO. C09-5384BHS<br><br>ORDER GRANTING REQUEST TO WITHDRAW MOTION FOR DEFAULT AND RENOTING SCHEDULE REGARDING INITIAL DISCLOSURES, JOINT STATUS REPORT, AND EARLY SETTLEMENT |

    This matter comes before the Court on Plaintiffs' September 15, 2009, status report (Dkt. 10) wherein Plaintiffs request withdrawal of their motion for default and that the Court issue a new scheduling order. The Court has considered the file and hereby grants Plaintiffs' request to withdraw its motion for default and reschedules the matter as described herein.

    On June 25, 2009, Plaintiffs filed their complaint against Defendants in this matter. Dkt. 1. On June 29, 2009, a minute order was entered that set the following schedule: FRCP 26f conference deadline of September 14, 2009; initial disclosure deadline of September 21, 2009; and joint status report due by September 28, 2009. Dkt. 4.

ORDER - 1

On July 24, 2009, Plaintiffs moved the Court to enter default against Defendants. Plaintiffs' motion for default was renoted for September 18, 2009. Dkt. 9.

On August 31, 2009, the matter was reassigned to the undersigned. Dkt. 8. The Court, renoted Plaintiffs' motion for default for consideration on the Court's September 8, 2009, calendar. Dkt. 9.

On September 15, 2009, Plaintiffs submitted a status report to inform the Court of an agreement entered into by the parties on how to resolve this matter. Dkt. 10. This agreement does not constitute a settlement. Rather, Plaintiffs request that the Court permit the withdrawal of Plaintiffs' motion for default. *Id*. Plaintiffs also request that the Court "vacate the prior scheduling [o]rder and reissue a new order accordingly . . . ." *Id*. at 3 (outlining Plaintiffs' requested schedule).

Having considered the file, the Court finds good cause to grant Plaintiffs' request to withdraw its motion for default but, in the interests of judicial economy, it does not find Plaintiffs' suggested schedule prudent.

Therefore, it is hereby **ORDERED** that

**(1)** Plaintiffs' request to withdraw their motion for default (Dkt.10) is **GRANTED**; and

**(2)** The schedule for the FRCP 26f conference, initial disclosure deadline, and the filing of the joint status report is renoted for the Court's December 1, 2009 calendar.

DATED this 21st day of September, 2009.

BENJAMIN H. SETTLE
United States District Judge